JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GARCIA,<br><br>  Plaintiff,<br><br>  v.<br><br>WOOK CHONG KWON, et al.,<br><br>  Defendants. | Case No.  CV 24-2144-GW-JPRx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon Plaintiff's Notice of Voluntary Dismissal of Entire Action [24], filed on December 9, 2024, it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: December 10, 2024

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE